# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Debra J. Fowler<br>Adam L. Fowler<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 22-20980 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of FirstKey Master Funding 2021-A Collateral Trust and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
Brent Lemon
03 Jan 2025, 15:43:49, EST

Denise Carlon, Esq. (317226)  ☐
Brent Lemon, Esq. (86478)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 0f7ddda641b41fe0879fc023f8e0d4c8b50429d329a5c2a28484ce6e12d7fbaf