Certificate Number: 14424-PAW-DE-039631399

Bankruptcy Case Number: 22-20980



14424-PAW-DE-039631399

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2025, at 7:36 o'clock AM EDT, Adam Fowler completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 6, 2025

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor