Certificate Number: 14424-PAW-DE-039631400

Bankruptcy Case Number: 22-20980



14424-PAW-DE-039631400

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 6, 2025</u>, at <u>7:36</u> o'clock <u>AM EDT</u>, <u>Debra Fowler</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date: <u>May 6, 2025</u>                    By: <u>/s/Mabelyn Ramirez</u>

Name: <u>Mabelyn Ramirez</u>

Title: <u>Instructor</u>