# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ADAM L. FOWLER
DEBRA J. FOWLER

        Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

        Movant
vs.
FAYETTE COUNTY TAX CLAIM BUREAU*

        Respondents

Case No. 22-20980JAD

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

FAYETTE COUNTY TAX CLAIM BUREAU*        Court claim# /Trustee CID# 37
2 WEST MAIN ST
UNIONTOWN, PA 15401

The Movant further certifies that on 10/10/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ADAM L. FOWLER, DEBRA J. FOWLER,
2555 SPRINGHILL FURNACE ROAD, LAKE
LYNN, PA  15451

ORIGINAL CREDITOR:
FAYETTE COUNTY TAX CLAIM BUREAU*
2 WEST MAIN ST, UNIONTOWN, PA  15401

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, CALAIARO
VALENCIK**, 8 NICKMAN PLAZA,
LEMONT FURNACE, PA  15456

NEW CREDITOR: