**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

05/15/2026

IN RE:

ADAM L. FOWLER                                          Case No.22-20980 JAD
DEBRA J. FOWLER
2555 SPRINGHILL FURNACE ROAD                            Chapter 13
LAKE LYNN,  PA  15451
XXX-XX-0083            Debtor(s)

XXX-XX-0023

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/15/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| ORION | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  VERIZON/PRAE | |

| FIRSTKEY MASTER FUNDING ET AL | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| C/O SELECT PORTFOLIO SERVICING INC | Court Claim Number:10 | ACCOUNT NO.:  7625 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  PMT/DCLAR*DKT4PMT-LMT*BLANKET MRTG/SCH*W/35 | |

| FAYETTE COUNTY TAX CLAIM BUREAU* | Trustee Claim Number:3   INT %: 9.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 2 WEST MAIN ST | Court Claim Number:1 | ACCOUNT NO.:  2769 |
| | | |
| | CLAIM:  8,352.73 | |
| UNIONTOWN, PA  15401 | COMMENT:  36-25-0027-69*$CL-PL@9%/PL*% NT STD/CL*17-21 | |

| FAYETTE COUNTY TAX CLAIM BUREAU* | Trustee Claim Number:4   INT %: 9.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 2 WEST MAIN ST | Court Claim Number: | ACCOUNT NO.:  2799 |
| | | |
| | CLAIM:  0.00 | |
| UNIONTOWN, PA  15401 | COMMENT:  3625002799*REMOVED/PL*20-21/PL*20-21,22/SCH | |

| FAYETTE COUNTY TAX CLAIM BUREAU* | Trustee Claim Number:5   INT %: 9.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 2 WEST MAIN ST | Court Claim Number: | ACCOUNT NO.:  0027 |
| | | |
| | CLAIM:  5.52 | |
| UNIONTOWN, PA  15401 | COMMENT:  NO PMTS/CONF*36250027*PMTS RATFD/CONF**20-21/PL*20 AND 21,22/SCH | |

| SHERYL HEID | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 4 N BEESON AVE | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| UNIONTOWN, PA  15401 | COMMENT: | |

| INTERNAL REVENUE SERVICE* | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:11 | ACCOUNT NO.:  0023 |
| PO BOX 7317 | | |
| | CLAIM:  100.00 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $CL-PL*21/SCH-PL*TAX YR 2016/CL*TIMELY @GU BAR*ESTIMATED | |

| ADVANCED DISPOSAL | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 1192 MCCLELLANDTOWN RD | Court Claim Number: | ACCOUNT NO.:  6984 |
| | | |
| | CLAIM:  0.00 | |
| MCCLELLANDTOWN, PA  15458 | COMMENT:  GARBAGE/SCH | |

| ATLANTIC BROADBAND*++ | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 669 E MAIN ST | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| BRADFORD, PA  16701 | COMMENT: | |

| LVNV FUNDING LLC | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:4 | ACCOUNT NO.:  0001 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CELLCO/VERIZON*CHG OFF 2009*STALE CL 2163.78 W/D*DOC 71 | |

**CLAIM RECORDS**

| CAPITAL ONE BANK USA NA | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR~NO$~WALMART/SCH | |

| CAPITAL ONE BANK USA NA | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR~NO$~WALMART/SCH | |

| LVNV FUNDING LLC | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:3 | ACCOUNT NO.:  2639 |
| PO BOX 10587 | | |
| | CLAIM:  1,199.03 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT 1 | |

| RESURGENT CAPITAL SVCS | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 10587 | Court Claim Number:2 | ACCOUNT NO.:  8409 |
| | CLAIM:  962.17 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT 1 | |

| PREMIER BANKCARD LLC; JEFFERSON CAPITA | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O JEFFERSON CAPITAL SYSTEMS LLC(*) | Court Claim Number:6 | ACCOUNT NO.:  6494 |
| PO BOX 772813 | | |
| | CLAIM:  990.97 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3645109863 | |

| COMENITY BANK++ | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~NO$~KAY JWLR/SCH | |

| COMENITY BANK++ | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~NO$~KAY JWLR/SCH | |

| LIBERTY MUTUAL | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| REMITTANCE PROCESSING CTR | Court Claim Number: | ACCOUNT NO.:  0145 |
| | CLAIM:  0.00 | |
| DOVER, NY  03822-0001 | COMMENT:  NT ADR/SCH | |

| MARINER FINANCE LLC | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 8110 CORPORATE DR | Court Claim Number:9 | ACCOUNT NO.:  7078 |
| | CLAIM:  2,177.08 | |
| NOTTINGHAM, MD  21236 | COMMENT:  X8715/SCH*SIGNED @ SEAL 12/19 | |

| MERRICK BANK | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:5 | ACCOUNT NO.:  6946 |
| POB 10368 | | |
| | CLAIM:  1,506.53 | |
| GREENVILLE, SC  29603-0368 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MISSION LANE** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 105286 | Court Claim Number: | ACCOUNT NO.:  9277 |
| | CLAIM:  0.00 | |
| ATLANTA, GA  30348 | COMMENT: | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL(*)** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| UI PAYMENT SERVICES  (INDV UC OP) | Court Claim Number: | ACCOUNT NO.:  0083 |
| PO BOX 67503 | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106-7503 | COMMENT:  OVERPAYMENT/SCH | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| UI PAYMENT SERVICES  (INDV UC OP) | Court Claim Number:13-2 | ACCOUNT NO.:  0023 |
| PO BOX 67503 | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106-7503 | COMMENT:  OVERPAYMENT/SCH-CL*AMD CL=$0*GU BAR TIMELY | |

| | | |
|---|---|---|
| **PA TURNPIKE COMMISSION** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| TOLLS/E-Z PASS VIOLATIONS OFFC | Court Claim Number:12 | ACCOUNT NO.:  1987 |
| PO BOX 67676 | | |
| | CLAIM:  1,023.30 | |
| HARRISBURG, PA  17106 | COMMENT:  NO NUM/SCH*EASY PASS*TIMELY*INCL POSTPET CHGS | |

| | | |
|---|---|---|
| **PLYMOUTH ROCK ASSURANCE** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 903 | Court Claim Number: | ACCOUNT NO.:  3511 |
| | CLAIM:  0.00 | |
| LINCROFT, NJ  07738 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PROGRESSIVE** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| USAA GENERAL AGENCY INC | Court Claim Number: | ACCOUNT NO.:  6031 |
| 9800 FREDERICKSBURG | | |
| | CLAIM:  0.00 | |
| SAN ANTONIO, TX  78288 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **SEARS/CITI CARD USA*+++** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.: |
| POB 182149* | | |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **WEST PENN POWER*** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY | Court Claim Number:7 | ACCOUNT NO.:  6772 |
| 5001 NASA BLVD | | |
| | CLAIM:  28,624.29 | |
| FAIRMONT, WV  26554 | COMMENT:  X0001/SCH | |

| | | |
|---|---|---|
| **CAINE & WEINER** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 5805 SEPULVEDA BLVD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SHERMAN OAKS, CA  91411 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **HARRIS AND HARRIS LTD** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 111 W JACKSON BLVD 400 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| CHICAGO, IL  60604 | COMMENT: | |

| | | |
|---|---|---|
| **PATENAUDE AND FELIX APC** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 9619 CHESAPEAKE DR STE 300 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SAN DIEGO, CA  92123 | COMMENT: | |

| | | |
|---|---|---|
| **MATTHEW BROWNFIELD** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 2557 SPRINGHILL FURNACE RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| LAKE LYNN, PA  15451 | COMMENT:  /SCH G | |

| | | |
|---|---|---|
| **FAYETTE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:34  INT %:  9.00% | CRED DESC:  SECURED CREDITOR |
| 2 WEST MAIN ST | Court Claim Number: | ACCOUNT NO.:  2769 |
| | CLAIM:  1,300.00 | |
| UNIONTOWN, PA  15401 | COMMENT:  36-25-0027-69*$@9%/PL*TAX YR 2022/SCH-PL | |

| | | |
|---|---|---|
| **FIRSTKEY MASTER FUNDING ET AL** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC | Court Claim Number:10 | ACCOUNT NO.:  7625 |
| PO BOX 65450 | | |
| | CLAIM:  11,792.44 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  $CL-PL*W/2*DK! | |

| | | |
|---|---|---|
| **FAYETTE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:36  INT %:  9.00% | CRED DESC:  SECURED CREDITOR |
| 2 WEST MAIN ST | Court Claim Number: | ACCOUNT NO.:  2799 |
| | CLAIM:  100.00 | |
| UNIONTOWN, PA  15401 | COMMENT:  3625002799*$@9%/PL*TAX YR 22/PL*NT/SCH | |

| | | |
|---|---|---|
| **FAYETTE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:37  INT %:  9.00% | CRED DESC:  SECURED CREDITOR |
| 2 WEST MAIN ST | Court Claim Number: | ACCOUNT NO.:  0027 |
| | CLAIM:  175.00 | |
| UNIONTOWN, PA  15401 | COMMENT:  36250027*$@9%/PL*TAX YR 22/PL*NT/SCH*PIF/CR~NTC-RSV | |

| | | |
|---|---|---|
| **STERN & EISENBERG LP** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1581 MAIN ST STE 200 | Court Claim Number: | ACCOUNT NO.: |
| THE SHOPPES AT VALLEY SQUARE | | |
| | CLAIM:  0.00 | |
| WARRINGTON, PA  18976 | COMMENT:  FIRST KEY MASTER FUNDING/PRAE | |

| | | |
|---|---|---|
| **AT & T MOBILITY II LLC** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O AT & T SERVICES INC | Court Claim Number:8 | ACCOUNT NO.:  7773 |
| ONE AT & T WAY RM 3A104 | | |
| | CLAIM:  370.61 | |
| BEDMINSTER, NJ  07921 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **STERN & EISENBERG LP** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1581 MAIN ST STE 200 | Court Claim Number: | ACCOUNT NO.: |
| THE SHOPPES AT VALLEY SQUARE | | |
| | CLAIM:  0.00 | |
| WARRINGTON, PA  18976 | COMMENT:  FIRSTKEY MASTER FUNDING/CL | |

**CLAIM RECORDS**

| INTERNAL REVENUE SERVICE* | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:11 | ACCOUNT NO.:  0023 |
| PO BOX 7317 | | |
| | CLAIM:  300.00 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH*TIMELY @ GU BAR*16-17/CL~ESTIMATED | |

| ADDED CREDITOR  FOR CALCULATION | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| OR NOT ENOUGH INFO/SCHED FOR | Court Claim Number: | ACCOUNT NO.: |
| ENTITY NAME OR NOT ENOUGH INFO | | |
| PER CLM FOR ADDRESS OR PLACEHOLDER | CLAIM:  0.00 | |
| RECORD | COMMENT:  ADDED FOR CONCIL CALC PURPOSES | |