**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:<br>  ADAM L. FOWLER<br>DEBRA J. FOWLER<br>            Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>   Movant<br>        vs.<br>  ADAM L. FOWLER<br>DEBRA J. FOWLER<br><br>            Respondents | Case No.22-20980-JAD<br><br><br>Chapter 13<br><br> Related to<br>Document No.____73_____ |

## ORDER TO STOP PAYROLL DEDUCTIONS

   AND NOW, this ____1st_____ day of __June___ , 20 26, it is hereby ORDERED, ADJUDGED, and DECREED that,

Miller Home Care
Attn: Payroll Manager
354 Ronco Rd
Masontown,PA 15461

is hereby ordered to immediately terminate the attachment of the wages of DEBRA J. FOWLER, social security

number XXX-XX-0023.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DEBRA J.

FOWLER.

BY THE COURT:

_____sjk_____

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
6/1/26 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-20980-JAD

Adam L. Fowler                                                                    Chapter 13

Debra J. Fowler

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Adam L. Fowler, Debra J. Fowler, 2555 Springhill Furnace Road, Lake Lynn, PA 15451-1051 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel R. White | on behalf of Debtor Adam L. Fowler r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Joint Debtor Debra J. Fowler r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Matthew Fissel | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Jun 01, 2026                       Form ID: pdf900                               Total Noticed: 1

Steven K. Eisenberg
                          on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust seisenberg@sterneisenberg.com
                          bkecf@sterneisenberg.com


TOTAL: 7