IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                 Chapter 13

:

Adam L. Fowler and Debra J. Fowler,     :      Case No. 22-20980 JAD

:

Debtors.              :      Document No.

:

Adam L. Fowler and Debra J. Fowler,     :

:

Movants,            :

:

vs.                  :

:

Ronda J. Winnecour,          :

:

Respondent.          :

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW come the Debtors, Adam L. Fowler and Debra J. Fowler, by and through their counsel, Calaiaro Valencik, P.C., and certifies under penalty of perjury that the following statements are true and correct:

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 6, 2025 at Docket Nos. 60 and 61, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

   This Certification is being signed under penalty of perjury by: Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: June 5, 2026

/s/ Adam L. Fowler
Adam L. Fowler, Debtor

/s/ Debra J. Fowler
Debra J. Fower, Joint Debtor

CALAIARO VALENCIK, P.C.

BY: /s/ Daniel R. White
   Daniel R. White, Esquire
   PA I.D. No. 78718
   8 Nickman Plaza
   Lemont Furnace, PA 15456
   724-719-9388
   dwhite@c-vlaw.com
   Attorney for Debtors