FILED
7/16/26 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Adam L. Fowler and Debra J. Fowler, | : | Case No. 22-20980-JAD |
| | : | |
| Debtors, | : | Related to Doc No.   77 |
| | : | |
| Daniel R. White, Esquire and Calaiaro | : | |
| Valencik, P.C., | : | |
| | : | |
| Movants, | : | |
| | : | **DEFAULT O/E JAD** |
| vs. | : | |
| | : | |
| All Creditors on Mailing Matrix and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | X | |

## ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

      And now, this ____16th____ day of _____July_____, 2026, the Application of Daniel R. White and Calaiaro Valencik, P.C. for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors is approved for the total amount of $9,106.23 for services rendered on behalf of the Debtors for the period from March 20, 2022 through June 16, 2026, which represents $8,280.00 in attorney fees and $826.23 in costs.   The fees/costs balance of $3,606.23, remains and shall be paid by the Chapter 13 Trustee.

Any fees/costs balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtors beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

      If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtors have agreed to be paid from monies already paid by or on behalf of the Debtors to the Trustee and allow the case to be closed without requiring additional payments by the Debtors.

[Order prepared by Daniel R. White, Esq.]      By the Court,

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-20980-JAD

Adam L. Fowler                                                                          Chapter 13

Debra J. Fowler

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb                      + Adam L. Fowler, Debra J. Fowler, 2555 Springhill Furnace Road, Lake Lynn, PA 15451-1051

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | |
| | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel R. White | |
| | on behalf of Joint Debtor Debra J. Fowler r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | |
| | on behalf of Debtor Adam L. Fowler r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Matthew Fissel | |
| | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                              User: auto                                    Page 2 of 2
Date Rcvd: Jul 16, 2026                           Form ID: pdf900                              Total Noticed: 1

Steven K. Eisenberg
                    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust seisenberg@sterneisenberg.com
                    bkecf@sterneisenberg.com


TOTAL: 7