**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ADAM L. FOWLER** |
| Debtor 2 (Spouse, if filing) | **DEBRA J. FOWLER** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **22-20980JAD** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   FIRSTKEY MASTER FUNDING ET AL

**Court claim no.**  (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account:    7   6   2   5

**Property Address:**        2555 SPRINGHILL FURNACE RD
Number        Street

LAKE LYNN                                    PA       15451
City                                          State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $      11,792.44 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $      11,792.44 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $      -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $      11,792.44 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:   $_____28,254.70_____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
July 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $_____-0-_____

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Ronda J. Winnecour                    Date   08/06/2026
_____         _____
Signature

Trustee   Ronda J. Winnecour
          _____
          First Name          Middle Name          Last Name

Address   CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
          _____
          Number       Street

          PITTSBURGH                      PA    15219
          _____
          City                            State  ZIP Code

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **FOWLER** | | | Case Number **22-20980JAD** | | Page 1 |
|---|---|---|---|---|---|---|
| | Name | | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 10 | FIRSTKEY MASTER FUNDING ET AL | 09/27/2022 | 1246114 | Amounts Disbursed To Creditor | 602.26 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 10/25/2022 | 1248952 | Amounts Disbursed To Creditor | 41.58 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 06/26/2023 | 1271200 | Amounts Disbursed To Creditor | 922.89 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 09/26/2023 | 1279520 | Amounts Disbursed To Creditor | 958.78 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 02/26/2024 | 1292856 | Amounts Disbursed To Creditor | 262.15 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 03/26/2024 | 1295502 | Amounts Disbursed To Creditor | 791.76 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 04/25/2024 | 1298148 | Amounts Disbursed To Creditor | 712.75 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 05/29/2024 | 1300857 | Amounts Disbursed To Creditor | 423.49 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 06/25/2024 | 1303434 | Amounts Disbursed To Creditor | 421.99 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 07/25/2024 | 1305990 | Amounts Disbursed To Creditor | 420.48 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 08/26/2024 | 1308609 | Amounts Disbursed To Creditor | 777.78 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 09/25/2024 | 1311170 | Amounts Disbursed To Creditor | 417.48 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 10/25/2024 | 1313720 | Amounts Disbursed To Creditor | 415.96 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 11/25/2024 | 1316300 | Amounts Disbursed To Creditor | 709.87 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 12/23/2024 | 1318702 | Amounts Disbursed To Creditor | 133.89 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 01/28/2025 | 1321171 | Amounts Disbursed To Creditor | 416.51 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 02/25/2025 | 1323621 | Amounts Disbursed To Creditor | 286.38 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 03/26/2025 | 1326089 | Amounts Disbursed To Creditor | 562.38 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 04/25/2025 | 1328572 | Amounts Disbursed To Creditor | 401.57 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 05/23/2025 | 1331002 | Amounts Disbursed To Creditor | 139.99 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 06/25/2025 | 1333449 | Amounts Disbursed To Creditor | 297.02 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 07/25/2025 | 1335923 | Amounts Disbursed To Creditor | 246.76 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 08/26/2025 | 1338351 | Amounts Disbursed To Creditor | 227.12 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 10/24/2025 | 1343232 | Amounts Disbursed To Creditor | 445.17 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 11/21/2025 | 1345523 | Amounts Disbursed To Creditor | 394.13 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 12/23/2025 | 1347872 | Amounts Disbursed To Creditor | 362.30 |
| | | | | Total for Claim Number 10: | 11,792.44 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **11,792.44** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 10 | FIRSTKEY MASTER FUNDING ET AL | 09/27/2022 | 1246114 | Amounts Disbursed To Creditor | 1,421.69 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 09/27/2022 | 1246114 | Interest | 562.47 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 10/25/2022 | 1248952 | Amounts Disbursed To Creditor | 289.15 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 10/25/2022 | 1248952 | Interest | 104.50 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 11/15/2022 | 0000000 | Reallocation Of Principal | 666.97 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 11/15/2022 | 0000000 | Reallocation Of Interest | -666.97 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 11/23/2022 | 1251731 | Amounts Disbursed To Creditor | 32.72 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 12/22/2022 | 1254510 | Amounts Disbursed To Creditor | 1,093.82 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 01/26/2023 | 1257238 | Amounts Disbursed To Creditor | 1,031.45 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 02/23/2023 | 1259885 | Amounts Disbursed To Creditor | 774.70 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 03/28/2023 | 1262633 | Amounts Disbursed To Creditor | 570.25 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 04/25/2023 | 1265456 | Amounts Disbursed To Creditor | 570.25 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 05/25/2023 | 1268292 | Amounts Disbursed To Creditor | 570.25 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 06/26/2023 | 1271200 | Amounts Disbursed To Creditor | 570.25 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 07/25/2023 | 1273993 | Amounts Disbursed To Creditor | 570.25 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 08/25/2023 | 1276761 | Amounts Disbursed To Creditor | 570.25 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 09/26/2023 | 1279520 | Amounts Disbursed To Creditor | 570.25 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 10/25/2023 | 1282231 | Amounts Disbursed To Creditor | 579.94 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 11/27/2023 | 1284920 | Amounts Disbursed To Creditor | 430.08 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 12/21/2023 | 1287527 | Amounts Disbursed To Creditor | 720.00 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 01/26/2024 | 1290174 | Amounts Disbursed To Creditor | 575.04 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 02/26/2024 | 1292856 | Amounts Disbursed To Creditor | 575.04 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 03/26/2024 | 1295502 | Amounts Disbursed To Creditor | 575.04 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 04/25/2024 | 1298148 | Amounts Disbursed To Creditor | 575.04 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 05/29/2024 | 1300857 | Amounts Disbursed To Creditor | 575.04 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 06/25/2024 | 1303434 | Amounts Disbursed To Creditor | 575.04 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 07/25/2024 | 1305990 | Amounts Disbursed To Creditor | 575.04 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 08/26/2024 | 1308609 | Amounts Disbursed To Creditor | 575.04 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 09/25/2024 | 1311170 | Amounts Disbursed To Creditor | 575.04 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 10/25/2024 | 1313720 | Amounts Disbursed To Creditor | 575.04 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 12/23/2024 | 1318702 | Amounts Disbursed To Creditor | 1,120.23 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 01/28/2025 | 1321171 | Amounts Disbursed To Creditor | 565.09 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 02/25/2025 | 1323621 | Amounts Disbursed To Creditor | 565.09 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 03/26/2025 | 1326089 | Amounts Disbursed To Creditor | 565.09 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 04/25/2025 | 1328572 | Amounts Disbursed To Creditor | 565.09 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 05/23/2025 | 1331002 | Amounts Disbursed To Creditor | 565.09 |

Debtor 1   **FOWLER**                                    Case Number **22-20980JAD**                          Page 2
Name

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 10 | FIRSTKEY MASTER FUNDING ET AL | 06/25/2025 | 1333449 | Amounts Disbursed To Creditor | 565.09 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 07/25/2025 | 1335923 | Amounts Disbursed To Creditor | 565.09 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 08/26/2025 | 1338351 | Amounts Disbursed To Creditor | 581.47 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 10/24/2025 | 1343232 | Amounts Disbursed To Creditor | 1,162.94 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 11/21/2025 | 1345523 | Amounts Disbursed To Creditor | 581.47 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 12/23/2025 | 1347872 | Amounts Disbursed To Creditor | 581.47 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 01/27/2026 | 1350242 | Amounts Disbursed To Creditor | 581.47 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 02/24/2026 | 1352584 | Amounts Disbursed To Creditor | 581.47 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 03/25/2026 | 1354973 | Amounts Disbursed To Creditor | 581.47 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 04/27/2026 | 1357365 | Amounts Disbursed To Creditor | 581.47 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 05/27/2026 | 1359766 | Amounts Disbursed To Creditor | 581.47 |
| 10 | FIRSTKEY MASTER FUNDING ET AL | 06/25/2026 | 1362145 | Amounts Disbursed To Creditor | 581.47 |

Total for Claim Number 10: 28,254.70

**Total for Part 4 - a (Postpetition Payments):**   **28,254.70**

### Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

ADAM L. FOWLER
DEBRA J. FOWLER
2555 SPRINGHILL FURNACE ROAD
LAKE LYNN, PA  15451

DANIEL R WHITE ESQ
CALAIARO VALENCIK**
8 NICKMAN PLAZA
LEMONT FURNACE, PA  15456

SELECT PORTFOLIO SERVICING**
BANKRUPTCY NOTICES**
POB 65250
SALT LAKE CITY, UT  84165

FIRSTKEY MASTER FUNDING ET AL
C/O SELECT PORTFOLIO SERVICING INC
PO BOX 65450
SALT LAKE CITY, UT  84165-0450

ROBERTSON ANSCHUTZ SCHNEID CRANE &
PARTNERS PLLC
13010 MORRIS RD SUITE 450
ALPHARETTA, GA  30004

Dated: 08/06/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee