**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ADAM L. FOWLER
DEBRA J. FOWLER

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Movant

vs.

MARINER FINANCE LLC

Respondents

Case No. 22-20980JAD

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CHECK RETURNED FOR A BAD ADDRESS BY THE POST OFFICE, AN INVESTIGATION IS UNDER WAY FOR A NEW ONE

**Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

MARINER FINANCE LLC
8110 CORPORATE DR
NOTTINGHAM, MD 21236

Court claim# 9/Trustee CID# 19

The Movant further certifies that on 08/18/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
ADAM L. FOWLER, DEBRA J. FOWLER, 2555 SPRINGHILL FURNACE ROAD, LAKE LYNN, PA 15451

ORIGINAL CREDITOR:
MARINER FINANCE LLC, 8110 CORPORATE DR, NOTTINGHAM, MD 21236

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, CALAIARO VALENCIK**, 8 NICKMAN PLAZA, LEMONT FURNACE, PA 15456

NEW CREDITOR: