Fill in this information to identify the case:

Debtor1 Adam L. Fowler

Debtor 2 Debra J. Fowler
(Spouse, if filing)

United States Bankruptcy Court for the : WESTERN District of Pennsylvania
(State)

Case number 22-20980-JAD

# Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 7625

**Property address:** 2555 SPRINGHILL FURNACE RD
Number Street

LAKE LYNN, PA 15451
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $11,792.44

*Check all that apply:*

[X] The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid
as of the date of this response: $___________.

[X] The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _________________.

***Please note, Secured Creditor is in the process of preparing the payoff for this loan. This response will be amended once received. This Response to Trustee's Notice of Disbursements Made is being filed to ensure the Creditor's compliance with Fed. R. Bankr. P. 3002.1**

**Part 3: Postpetition Payments**

*(a) Check all that apply:*

**[X]** The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i. Date last payment was received on the mortgage: 07/07/2026

ii. Date next postpetition payment from the debtor is due: 09/01/2026

iii. Amount of the next postpetition payment that is due: $567.93

iv. Unpaid principal balance of the loan: $41,463.12

v. Additional amounts due for any deferred or accrued interest: $13,083.05

vi. Balance of the escrow account: $-2,463.84

vii. Balance of unapplied funds or funds held in a suspense account: $485.20

viii. Total amount of fees, charges, expenses, negative escrow

amounts, or costs remaining unpaid: $2,463.84 (Creditor is agreeing to the notice filed, however debtor will remain responsible for the negative escrow balance)

**Part 4:** **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5:** **Sign Here**

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder

■ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Jordan Katz
Signature

Date 9/1/2026

Print Jordan Katz
First Name Middle Name Last Name

Title Authorized Agent

Company Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**Identify the corporate servicer as the company if the authorized agent is a servicer**

Address 130 Clinton Rd #202
Number Street

Fairfield NJ 07004
City State ZIP Code

Contact 470-321-7112

Email jkatz@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Adam L. Fowler
2555 Springhill Furnace Road
Lake Lynn, PA 15451

Debra J. Fowler
2555 Springhill Furnace Road
Lake Lynn, PA 15451

And via electronic mail to:

Daniel R. White
Calaiaro Valencik
8 Nickman Plaza
Lemont Furnace, PA 15456

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Benjamin Kornick

Email: bkornick@raslg.com

# Payoff Calculation Totals (PAY4/PG1)

```
[redacted]   AS-OF 09/11/26  PAYOFF CALCULATION TOTALS 08/31/26  13:20:08
NAME AL FOWLER   CONTACT NAME ADAM L FOWLER
------------------------------------------------------------------------------
PRINCIPAL BALANCE          41,463.12        ----------- RATE CHANGES ----------
INTEREST 09/11/26          13,083.05        INT FROM     RATE         AMOUNT
PRO RATA MIP/PMI                 .00        10/01/19     6.75000      13,083.05
ESCROW ADVANCE              2,463.84        09/11/26
ESCROW BALANCE                   .00
SUSPENSE BALANCE              485.20-
HUD BALANCE                      .00
REPLACEMENT RESERVE              .00
RESTRICTED ESCROW                .00
TOTAL-FEES                       .00  W 6
ACCUM LATE CHARGES               .00
ACCUM NSF CHARGES                .00
OTHER FEES DUE                   .00
PENALTY INTEREST                 .00
FLAT/OTHER PENALTY FEE           .00        TOTAL INTEREST            13,083.05
CR LIFE/ORIG FEE RBATE           .00        TOTAL TO PAYOFF           56,524.81
RECOVERABLE BALANCE              .00  NUMBER OF COPIES: 1    PRESS PF1 TO PRINT
                                            TOTAL PAGE 2                    .00

------------------------------------------------------------------------------
```

[redacted]