**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ADAM L. FOWLER
DEBRA J. FOWLER
Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
Movant
vs.
No Respondents.

Case No.:22-20980 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/24/2022 and confirmed on 8/24/22 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 68,997.87 |
| Less Refunds to Debtor | 2,431.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 66,566.23 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 7,606.23 | |
| Trustee Fee | 3,873.92 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,480.15 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| FIRSTKEY MASTER FUNDING ET AL<br>Acct: 7625 | 0.00 | 28,254.70 | 0.00 | 28,254.70 |
| ADDED CREDITOR FOR CALCULATION<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRSTKEY MASTER FUNDING ET AL<br>Acct: 7625 | 11,792.44 | 11,792.44 | 0.00 | 11,792.44 |
| FAYETTE COUNTY TAX CLAIM BUREAU*<br>Acct: 2769 | 8,352.73 | 8,352.73 | 1,761.80 | 10,114.53 |
| FAYETTE COUNTY TAX CLAIM BUREAU*<br>Acct: 2799 | 0.00 | 0.00 | 0.00 | 0.00 |
| FAYETTE COUNTY TAX CLAIM BUREAU*<br>Acct: 0027 | 5.52 | 5.52 | 15.31 | 20.83 |
| FAYETTE COUNTY TAX CLAIM BUREAU*<br>Acct: 2769 | 1,300.00 | 1,300.00 | 274.19 | 1,574.19 |
| FAYETTE COUNTY TAX CLAIM BUREAU*<br>Acct: 2799 | 100.00 | 100.00 | 22.53 | 122.53 |
| FAYETTE COUNTY TAX CLAIM BUREAU*<br>Acct: 0027 | 54.64 | 54.64 | 52.40 | 107.04 |
| | | | | 51,986.26 |
| Priority | | | | |
| DANIEL R WHITE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ADAM L. FOWLER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ADAM L. FOWLER<br>Acct: | 2,431.64 | 2,431.64 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC(++)<br>Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| DANIEL R WHITE ESQ(++)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC(++)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL R WHITE ESQ<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6/26 | 3,606.23 | 3,606.23 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | INTERNAL REVENUE SERVICE* Acct: 0023 | 100.00 | 100.00 | 0.00 | 100.00 |
| | | | | | 100.00 |
| Unsecured | | | | | |
| | ADVANCED DISPOSAL Acct: 6984 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ATLANTIC BROADBAND*++ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK USA NA Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK USA NA Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC Acct: 2639 | 1,199.03 | 96.81 | 0.00 | 96.81 |
| | RESURGENT CAPITAL SVCS Acct: 8409 | 962.17 | 77.69 | 0.00 | 77.69 |
| | PREMIER BANKCARD LLC; JEFFERSON C Acct: 6494 | 990.97 | 80.01 | 0.00 | 80.01 |
| | COMENITY BANK++ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMENITY BANK++ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LIBERTY MUTUAL Acct: 0145 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MARINER FINANCE LLC* Acct: 7078 | 2,177.08 | 175.78 | 0.00 | 175.78 |
| | MERRICK BANK Acct: 6946 | 1,506.53 | 121.64 | 0.00 | 121.64 |
| | MISSION LANE Acct: 9277 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ONE MAIN FINANCIAL(*) Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PA DEPARTMENT OF LABOR & INDUSTRY Acct: 0083 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PA DEPARTMENT OF LABOR & INDUSTRY Acct: 0023 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PA TURNPIKE COMMISSION Acct: 1987 | 1,023.30 | 82.62 | 0.00 | 82.62 |
| | PLYMOUTH ROCK ASSURANCE Acct: 3511 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PROGRESSIVE Acct: 6031 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SEARS/CITI CARD USA*++ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WEST PENN POWER* Acct: 6772 | 28,624.29 | 2,311.13 | 0.00 | 2,311.13 |
| | AT & T MOBILITY II LLC Acct: 7773 | 370.61 | 29.92 | 0.00 | 29.92 |
| | INTERNAL REVENUE SERVICE* Acct: 0023 | 300.00 | 24.22 | 0.00 | 24.22 |
| | ORION Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SHERYL HEID Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MATTHEW BROWNFIELD Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HARRIS AND HARRIS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 2,999.82 |

TOTAL PAID TO CREDITORS 55,086.08

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 100.00 |
| SECURED | 21,605.33 |
| UNSECURED | 37,153.98 |

Date: 09/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ADAM L. FOWLER<br>DEBRA J. FOWLER<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:22-20980 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this ______________day of _________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminat and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court’s registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee’s Final Report and Account (the “Final Report”). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-20980-JAD
Adam L. Fowler Chapter 13
Debra J. Fowler
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Sep 28, 2026 Form ID: pdf900 Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adam L. Fowler, Debra J. Fowler, 2555 Springhill Furnace Road, Lake Lynn, PA 15451-1051 |
| cr | + | FirstKey Master Funding 2021-A Collateral Trust, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15483835 | + | Advanced Disposal, P.O. Box 266, 1192 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 15490684 | | Atlantic Broadband, P.O. Box 371801, Pittsburgh, PA 15250-7801 |
| 15490694 | ++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751 address filed with court:, PA Department of Labor & Industry, Attn: Collections Support Unit, 651 Boas StreetRoom 702, Harrisburg, PA 17121-0750 |
| 15483842 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15490693 | | One Main Financial, Bankruptcy Servicing Center, P.O. Box 140069, Irving, TX 75014-0069 |
| 15517343 | + | PA Dept of L&I, Office of UC Benefits Policy, 651 Boas St., 10th Floor, Harrrisburg, PA 17121-0751 |
| 15490695 | + | Patenaude & Felix, Gregg L. Morris, Esq., 501 Corporate Drive, SouthpointeSuite 205, Canonsburg, PA 15317-8584 |
| 15490697 | + | Plymouth Rock Assurance, P.O. Box 903, Lincroft, NJ 07738-0903 |
| 15483844 | + | Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2026 02:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15498974 | + | Email/Text: g17768@att.com | Sep 29 2026 02:22:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15483837 | | Email/Text: bankruptcy@cascadeloans.com | Sep 29 2026 02:22:00 | Cascade Financial Services, P.O. Box 15035, Chandler, AZ 85244 |
| 15483836 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 29 2026 02:22:32 | Caine & Weiner, 12005 Ford Road, Dallas, TX 75234-7230 |
| 15490685 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2026 02:32:22 | Capital One/Walmart, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15490686 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 29 2026 02:23:00 | Credit Collection Services, P.O. Box 337, Norwood, MA 02062-0337 |
| 15483838 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 29 2026 02:23:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15483840 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2026 02:31:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15483839 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2026 02:31:58 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15483841 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 29 2026 02:32:21 | Cws/Cw Nexus, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15490687 | | Email/Text: data_processing@fin-rec.com | Sep 29 2026 02:22:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 554385908 |
| 15483843 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 29 2026 02:32:40 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 15503069 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 29 2026 02:23:00 | FirstKey Master Funding 2021-A Collateral Trust, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15490688 | | Email/Text: HHEBN@harriscollect.com | Sep 29 2026 02:22:00 | Harris & Harris, Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 15490689 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2026 02:22:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15490690 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2026 02:22:00 | Kay Jewelers/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15483845 | | Email/Text: LibertySOP@cscglobal.com | Sep 29 2026 02:22:00 | Liberty Mutual Insurance, 175 Berkely Street, Boston, MA 02116 |
| 15490691 | | Email/Text: LibertySOP@cscglobal.com | Sep 29 2026 02:22:00 | Liberty Mutual Insurance, P.O. Box 6829, Scranton, PA 18505 |
| 15483846 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:25 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15483847 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:25 | LVNV Funding, P.O. Box 10584, Greenville, SC 29603-0584 |
| 15487388 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15490170 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2026 02:31:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15483850 | | Email/Text: ml-ebn@missionlane.com | Sep 29 2026 02:22:00 | Mission Lane, LLC Visa, P.O. Box 105286, Atlanta, GA 30348 |
| 15490692 | | Email/Text: ml-ebn@missionlane.com | Sep 29 2026 02:22:00 | Mission Lane, LLC Visa, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15483848 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 29 2026 02:22:00 | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15502125 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 29 2026 02:22:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15483849 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2026 02:31:53 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15484554 | ^ | MEBN | Sep 29 2026 02:19:54 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15516057 | + | Email/Text: CustomerBankrNotice@paturnpike.com | Sep 29 2026 02:22:00 | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 15490696 | ^ | MEBN | Sep 29 2026 02:18:48 | Pennsylvania Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15487603 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:26 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15491755 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2026 02:23:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15490698 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 29 2026 02:22:00 | Progressive Insurance, P.O. Box 31260, Tampa, |

| | | | | |
|---|---|---|---|---|
| | | | | FL 33631-3260 |
| 15483851 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 29 2026 02:23:00 | Progressive Leasing, 256 Data Drive, Draper, UT 84020-2315 |
| 15483852 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:05 | Resurgent Capital Services, Attention: Bankruptcy Department, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15485516 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:05 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15490699 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2026 02:32:11 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 15495001 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 29 2026 02:23:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15483853 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 29 2026 02:23:00 | West Penn Power, 76 South Main Street, A-RPC, Akron, OH 44308-1817 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Daniel R. White | on behalf of Debtor Adam L. Fowler r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Joint Debtor Debra J. Fowler r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Jordan Matthew Katz | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust jkatz@raslg.com |
| Matthew Fissel | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg
on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust seisenberg@sterneisenberg.com
bkecf@sterneisenberg.com

TOTAL: 8